UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, *on behalf of herself and all others individually situated*,

          Plaintiff,

    – against –

CURALLUX, LLC,

          Defendant.

**ORDER**

20 Civ. 4396 (ER)

RAMOS, D.J.:

    Williams filed her complaint in this case on June 9, 2020. Doc. 1. More than 90 days later, she has yet to file proof of service with the Court. Accordingly, Williams is ordered to serve Curralux by October 12, 2020. If she does not, this case will be dismissed without prejudice. Fed. R. Civ. P. 4(m).

It is SO ORDERED.

Dated:   September 11, 2020
          New York, New York

                                            EDGARDO RAMOS, U.S.D.J.