UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
Pamela Williams,                                        :
                                                        :
                              Plaintiff,                :
                                                        :
              -v-                                       :
                                                        :
Curallux, LLC,                                          :
                                                        :
                              Defendant.                :
                                                        :
-----------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2020
```

20-CV-4396 (JPC)

NOTICE OF
REASSIGNMENT

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  Any currently scheduled conference or oral argument before this Court is adjourned pending further order of this Court.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**

        SO ORDERED.

Dated: October 8, 2020
        New York, New York                    _____
                                                    JOHN P. CRONAN
                                                United States District Judge