UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/15/2020
```

-------------------------------------------------------------------X
:
PAMELA WILLIAMS, *on behalf of herself and all*
*others individually situated*,                     :
:
Plaintiff,          :          20-CV-4396 (JPC)
:
-v-                  :             ORDER
:
CURALLUX, LLC,                                        :
:
Defendant.          :
X
-------------------------------------------------------------------

JOHN P. CRONAN, United States District Judge:

The Complaint in this action was filed on June 9, 2020.  On September 11, 2020, the

Honorable Edgardo Ramos, United States District Judge, ordered Plaintiff to serve Defendant by

October 12, 2020.  (Dkt. 5.)  The Court notified Plaintiff that if she failed to do so, the case would

be dismissed without prejudice.  (*Id.*)  Plaintiff has not yet filed proof of service.  Plaintiff is

directed to file proof of service by October 16, 2020.  Failure to do so will result in dismissal of

the complaint pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: October 15, 2020                    _____
New York, New York                              JOHN P. CRONAN
United States District Judge