USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 
PAMELA WILLIAMS, *on behalf of herself and all others individually situated*,

       Plaintiff,

  -v-

CURALLUX, LLC,

       Defendant.
-------------------------------------------------------------------X

20-CV-4396 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

  The Complaint in this action was filed on June 9, 2020.  On September 11, 2020, the Honorable Edgardo Ramos, United States District Judge, ordered Plaintiff to serve Defendant by October 12, 2020, and notified Plaintiff that if she failed to do so, the case would be dismissed without prejudice.  (Dkt. 5.)  After this case was reassigned to the undersigned, the Court directed Plaintiff to file proof of service by October 16, 2020, and stated that failure to do so would result in dismissal of the Complaint.  (Dkt. 7.)  Plaintiff did not file anything by that deadline.

  Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case.

  SO ORDERED.

Dated: October 21, 2020
   New York, New York

                _____
                  JOHN P. CRONAN
                  United States District Judge